CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>**v.**<br>**Carlos Alberto GONZALEZ-FELIX**<br>DOB: 2001; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-05779MJ |

| Complaint for violation of Title 18, United States Code, § 554(a) |
|---|

On or about March 2, 2024, in the District of Arizona, **Carlos Alberto GONZALEZ-FELIX** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: two (2) Century Arms-VSKA rifles and five (5) 30-round rifle magazines, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On March 2, 2024, **Carlos Alberto GONZALEZ-FELIX** attempted to exit the United States and enter the Republic of Mexico through the DeConcini Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Carlos Alberto GONZALEZ-FELIX**, the driver and sole occupant of a 2024 GMC Yukon bearing Arizona license plate number CWX-4414. The primary CBPO asked **GONZALEZ-FELIX** if he had any weapons, ammunition, or currency more than $10,000 dollars to declare. The CBPO received a negative customs declaration from **GONZALEZ-FELIX** but noticed he exhibited signs of nervous behavior. When asked who the car belonged to, **GONZALEZ-FELIX** stated that his cousin had recently purchased it. CBPOs noticed that the vehicle belongs to Hertz. CBPOs called Hertz and learned that the vehicle was not listed as being rented at the time of the inspection and was supposed to be in their rental lot.

When CBPOs began inspection of the vehicle and opened the hood they discovered two (2) Century Arms-VSKA rifles and five (5) 30-round rifle magazines and. The magazines were covered in a blue towel.

In a post-*Miranda* interview, **GONZALEZ-FELIX** stated that he picked up the vehicle in Tucson and drove it to a residence in Nogales AZ. He then left the vehicle with a group of individuals he did not know. When he returned, he took the vehicle to the Port of Entry. He stated that he thought he was going to be paid about $500 USD for taking the vehicle and that he was doing this as a favor for a friend. He maintained that he did not know it was weapons in the vehicle but indicated that he knew there was something.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *Raquel Arellano*  RAQUEL ARELLANO  Digitally signed by RAQUEL ARELLANO Date: 2024.03.04 09:20:05 -07'00' | SIGNATURE OF COMPLAINANT<br>HARRISON T CLARK  Digitally signed by HARRISON T CLARK Date: 2024.03.04 09:25:37 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Harrison Clark |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>March 4, 2024 |
|---|---|

1)      See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

24-05779MJ

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

The firearms and magazines found in the vehicle qualify as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license.



